Dennis G. ANDERSON,
Plaintiff/Appellant,

v.

CITY OF PAGEDALE, Missouri,
Defendant/Respondent.

No. ED 76165.

Missouri Court of Appeals,
Eastern District,
Division One.

March 14, 2000.

Michael P. Steeno, Clayton, for appellant.

Frank Susman, Clayton, for respondent.

PER CURIAM.

This is an appeal from judgment entering the City of Pagedale's motion to dismiss. No error of law appears. An opin-ion reciting the detailed facts and restating the principles of law would have no prece-dential value. The judgment is affirmed pursuant to Rule 84.16(b).